# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** BUENA VISTA PLUMBING LLC
**Case Number:** 4:13-BK-02931-EWH   **Chapter:** 11
**Date / Time / Room:** TUESDAY, OCTOBER 15, 2013 03:00 PM   COURTROOM 206
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** ALICIA JOHNS

## Matter:

HEARING ON CONFIRMATION OF CHAPTER 11 PLAN.

R / M #:   47 / 0

## Appearances:

ALBERT H HARTWELL, ATTORNEY FOR BUENA VISTA PLUMBING LLC
ELI GOLOB, ATTORNEY FOR ARIZONA DEPARTMENT OF ECONOMIC SECURITY, Appearing by telephone
BARBARA KLABACHA, ARIZONA DEPARTMENT OF REVENUE, Appearing in Phoenix

## Proceedings:

Mr. Hartwell renders a quick status update and addresses the issue of sales tax.

Ms. Klabacha responds that it is a little late in the game to be questioning the TPT. If there is a question, it is incumbent upon the debtor to figure out what the issues are. The July TPT wasn't even filed and she does not know about August and September. If the debtor cannot make a $6,000 administrative expense payment she does not think the plan should be confirmed. She renders further comment which includes issues with respect to the Department of Revenue's claim and confirmation of the plan.

Mr. Golob states that their objection mirrors the objection of the Department of Revenue and he joins in Ms. Klabacha's argument. He renders an update on the status of his client's claim.

THE COURT: THE CONFIRMATION OF THE PLAN IS DENIED. THE DEBTOR HAS THIRTY DAYS (DEADLINE SET AS NOVEMBER 12, 2013) TO WORK OUT A RESOLUTION WITH THE OBJECTING CREDITORS AND A STIPULATED ORDER CONFIRMING THE PLAN CAN BE SUBMITTED, OR THE DEBTOR CAN FILE A MOTION TO DISMISS OR CONVERT. IF NEITHER OF THOSE THINGS OCCUR, THEN ON NOVEMBER 13TH THE ADOR MAY UPLOAD AN ORDER CONVERTING OR DISMISSING THE CASE.

The hearing is adjourned.